**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, CA  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Kurt F. Vote #160496
kvote@wjhattorneys.com

Attorneys for:    Plaintiff RICHARD COOK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RICHARD COOK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GECO, INC., a California limited liability company; JENNIFER GRAVES, an individual; CHUCK VEHLOW, an individual; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 1:16-cv-00514-DAD-EPG<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE;**<br>**ORDER THEREON**<br><br>**Current Hearing**<br><br>Date:  August 29, 2016<br>Time: 9:30 a.m.<br>Ctrm: 10<br><br>**Proposed Hearing**<br><br>Date:  October 31, 2016<br>Time: 9:30 a.m.<br>Ctrm: 10 |

## RECITALS

WHEREAS, the undersigned are counsel for the parties hereto; and

WHEREAS, the Court has scheduled a Scheduling Conference for August 29, 2016 at 9:30 a.m. in Courtroom 10 of the Court; and

WHEREAS, Judge Drozd currently has under submission Defendants' Motion to Dismiss and/or Transfer this case, which was argued on July 19, 2016; and

WHEREAS, until the pleadings are settled, in the parties' view it would be premature to hold a Scheduling Conference in this matter; and

{8577/003/00643392.DOCX}
1

WHEREAS, the parties request that the Scheduling Conference be continued to October 31, 2016 at 9:30 a.m. in Courtroom 10, or a date thereafter which is convenient for the Court, to allow Judge Drozd to rule on the pending Motion.

## **STIPULATION**

The parties jointly agree and stipulate as follows:

1. The Scheduling Conference in this matter shall be continued from August 29, 2016 at 9:30 a.m. in Courtroom 10 to October 31, 2016 at 9:30 a.m. in Courtroom 10, or a date thereafter convenient to the Court; and

2. Not less than seven (7) days prior to the continued Scheduling Conference, the parties will submit to the Court a Joint Scheduling Conference Report as required by the Court.

Dated: August 5, 2016                                                  WANGER JONES HELSLEY PC


                                                                      _____/s/*Kurt F. Vote*_____
                                                                             Kurt F. Vote
                                                                          Counsel for Plaintiff


Dated:  August 5, 2016                                                 GREENBERG TRAURIG, LLP


                                                                      ___/s/*Jennifer C. Rethemeier*_____
                                                                           Jennifer C. Rethemeier
                                                                          Counsel for Defendants

{8577/003/00643392.DOCX}

2

**ORDER**

Based on the parties' Joint Stipulation, the Scheduling Conference presently set for August 29, 2016 at 9:30 a.m. in Courtroom 10 shall be and hereby is continued to October 31, 2016 at 9:30 a.m. in Courtroom 10.  **IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **August 8, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

{8577/003/00643392.DOCX}

3

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON