UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COOK,<br><br>                  Plaintiff,<br><br>         v.<br><br>GECO, INC., ALLKIOSK, INC., and<br>JENNIFER GRAVES,<br><br>                  Defendants. | No. 1:16-cv-00514-DAD-EPG<br><br><br>ORDER<br><br>(Doc. No. 18) |

On August 29, 2016, the court issued an order granting defendants' motion to dismiss on the grounds this court lacked personal jurisdiction over the named defendants. (Doc. No. 18.) The motion to dismiss was granted without prejudice and with leave to amend. (*Id.*) The court inadvertently omitted any time limitation in which plaintiff was required to file an amended complaint in this court if he elected to do so. As more than six weeks have passed since the issuance of that order with no suggestion of the filing of an amended complaint, the court now orders plaintiff to either file an amended complaint within **seven (7) days** of service of this order or notify both the court and opposing counsel of his intention not to proceed further with the

/////

/////

/////

/////

1

1 action in this court.  Upon receipt of the notification identified in the latter option, the court will
2 direct the Clerk of Court to terminate this action.
3 IT IS SO ORDERED.
4    Dated: __**October 19, 2016**__            _/s/ Dale A. Drozd_
5                                                  UNITED STATES DISTRICT JUDGE