UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COOK,<br><br>            Plaintiff,<br><br>     v.<br><br>GECO, INC., ALLKIOSK, INC., and JENNIFER GRAVES,<br><br>            Defendants. | No. 1:16-cv-00514-DAD-EPG<br><br><br>ORDER TERMINATING ACTION |

On October 19, 2016, the court issued an order requiring plaintiff to advise the court within seven days of his intention or lack thereof to amend the complaint. (Doc. No. 20.) On October 20, 2016, plaintiff advised the court that he does not intend to amend his complaint. (Doc. No. 22.) Therefore, this matter is dismissed without prejudice to its filing in a court with jurisdiction and the Clerk of Court is directed to terminate this action.

IT IS SO ORDERED.

Dated:  **October 23, 2016**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1